No. 73–5175. TUBERVILLE v. TEXACO INC. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.